EJ-100

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to: 102265<br>TOM R. NORMANDIN<br>Prenovost, Normandin, Dawe & Rocha<br>2122 North Broadway, Suite 200<br>Santa Ana, California 92706<br>TEL NO.: (714) 547-2444   FAX NO. *(optional):* (714) 835-2889<br>E-MAIL ADDRESS *(Optional):* tnormandin@pnbd.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** US District Court
**STREET ADDRESS:** 350 W. 1st St. Suite 4311
**MAILING ADDRESS:**
**CITY AND ZIP CODE:** Los Angeles, CA 90012
**BRANCH NAME:** FIRST ST. U.S. COURT

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

**PLAINTIFF:** NATIONWIDE JUDGMENT RECOVERY, INC.

**DEFENDANT:** CAN D. NGUYEN, NGHIA D. NGUYEN, and NHUNG NGUYEN

**CASE NUMBER:**
2:21-mc-00141
Related case no. 2:23-cv-08633 PSG

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [X] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is   $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*
2. Full name and address of judgment creditor:*
   NATIONWIDE JUDGMENT RECOVERY, INC.
   550 BROAD STREET, SUITE 1001, NEWARK, NJ 07102
3. Full name and address of assignee of record, if any:


4. Full name and address of judgment debtor being fully or partially released:*
   CAN D. NGUYEN
   10892 Ranney Avenue, Garden Grove, CA 92843
5. a. Judgment entered on *(date):* May 25, 2021
   b. [ ] Renewal entered on *(date):*
6. [ ] An  [ ] abstract of judgment   [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| Orange County | June 10, 2021 | Document No. 2021000386735 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: May 20, 2024

▶ *Tom R. No[signature]*

(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

---

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250

CEB® Essential Forms™
ceb.com

9909.0011

> A notary public or other officer completing this certificate verifies only the identity of the individual who is signing the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA         )
                            )
COUNTY OF ORANGE            )

On May 20, 2024, before me, Maria Christina Aranda, a Notary Public, personally appeared Tom R. Normandin, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Maria Christina Aranda, Notary Public

(Seal)

MARIA CHRISTINA ARANDA
Notary Public - California
Orange County
Commission # 2481854
My Comm. Expires Mar 12, 2028

=====================================================================

## OPTIONAL SECTION

This certificate must be attached to the Document described as:
TITLE OR TYPE OF DOCUMENT: Acknowledgment of Full Satisfaction of Judgment
Number of pages of Document, **not** including this page:  1
Date of Document:  May 20, 2024
Signer other than named above:  None

TRN Notary Sheet.docx